UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THYSSENKRUPP FABCO CORP.,

    Plaintiff,

v.

    Case No. 04-60240
    HON. MARIANNE O. BATTANI

FABRISTEEL PRODUCTS, INC.,

    Defendant.
_____/

## ORDER STAYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Plaintiff's Motion for Preliminary Injunction Compelling Fabristeel Products, Inc. to Perform Its Contractual Obligations to Thyssenkrupp Fabco, filed on October 29, 2004. Since the filing of this motion, the parties have reached a tentative agreement regarding the shipment contract at issue in this case and have thus requested the Court to stay the motion for two weeks. Accordingly, the Court hereby **GRANTS** a stay of Plaintiff's motion until Monday, November 15, 2004. Within fourteen days of the entry of this order, the parties are instructed to provide the Court with a status report regarding their negotiations.

**IT IS SO ORDERED.**

MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATED: November 1, 2004

## CERTIFICATE OF SERVICE

Copies of this Order were mailed to on this date by ordinary mail to Harold Woods and Daniel N. Sharkey.

*[signature]*
DEPUTY CLERK