# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

THYSSENKRUPP FABCO CORP.
an Ontario Corporation,

    Plaintiff,

v.

FABRISTEEL PRODUCTS, INC.
A Michigan corporation,

    Defendant.

Case No. 04-60240
Hon. Marianne O. Battani
Mag. Judge: Mona K. Majzoub

---

| | |
|---|---|
| Daniel N. Sharkey (P53837)<br>Eric M. Mathis (P65384)<br>Butzel Long, P.C.<br>Attorney for Plaintiff<br>150 W. Jefferson, Ste. 100<br>Detroit, MI 48226<br>313-225-7000 | Steven C. Kohl (P28179)<br>Raymond E. Scott (P20165)<br>Gregory D. DeGrazia (P61121)<br>Howard & Howard Attorneys, P.C.<br>Attorneys for Defendant<br>39400 Woodward Ave., Ste. 101<br>Bloomfield Hills, MI 48304-5151<br>248-645-1483 |

## APPEARANCE

Steven C. Kohl, Raymond E. Scott and Gregory D. DeGrazia of Howard & Howard Attorneys, P.C., hereby enter their appearance as Attorneys for Defendant in this cause.

                                            Howard & Howard Attorneys, P.C.

                                            Steven C. Kohl (P28179)
                                            Raymond E. Scott (P20165)
                                            Gregory D. DeGrazia (P61121)
                                            Attorneys for Defendant
                                            39400 Woodward Ave., Suite 101
                                            Bloomfield Hills, Michigan 48304-5151
Dated: November 3, 2004                (248) 645-1483

G:\F\FabriSte\ThyssenKrupp\Pleads\Appearance.doc

Howard & Howard
law for business

One North Main
Suite 430
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304-5151
248.645.1483
Fax 248.645.1568

The Buhl Building
11th Floor
535 Griswold Street
Detroit, MI 48226-3693
313.962.0643
Fax: 313.962.0688

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4716
269.382.1483
Fax 269.382.1568

The Phoenix Building
Suite 500
222 North Washington Square
Lansing, MI 48933-1817
517.485.1483
Fax 517.485.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
Fax 309.672.1568