

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

FILED
DEC 6 – 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

LINA TRINKUNAITE
CHOYA KEMP
*On behalf of herself and others similarly situated*

      Plaintiffs

-vs-

      Case No. 03-60240
      Hon. Marianne O. Battani
      **DEMAND FOR JURY TRIAL**

MEL FARR MOTORS, INC.,
TRIPLE M FINANCING,

      Defendants

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against are dismissed with prejudice and without costs, and without necessity of notice to putative class members.

So ordered

_____
Marianne O. Battani

Stipulated To By:

s/ Ian B. Lyngklip (P47173)
Attorney For Lina Trinkunaite
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 746-3790
IanLaw@Pop.Net

By Consent
s/ Martin G. Waldman (P-27609)
Attorney For Mel Farr Motors, Inc.
7115 Orchard Lake Road, Ste. 500
West Bloomfield, MI 48322
(248) 855-8900